UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARAJ KIDWAI | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:12-cv-00455 |
| | § | |
| ST. MATTHEW'S UNIVERSITY | § | |
| SCHOOL OF MEDICINE, JOHN | § | |
| P. DOCHERTY, W. CHRISTOPHER | § | |
| CROLEY and BARRY J. COOPER | § | |
| | § | |
| Defendants. | § | |

## AGREED MOTION
## TO EXTEND TIME TO ANSWER OR OTHERWISE RESPONSIVELY PLEAD

Defendants St. Matthew's University School of Medicine, John P. Docherty, W. Christopher Croley and Barry J. Cooper move this Court to extend Defendants' time to file their Answer to Plaintiff's First Amended Complaint or otherwise responsively plead, and show this Court as follows:

1. On February 16, 2012, Plaintiff Maraj Kidwai filed his Original Complaint.

2. On February, 16, 2012, Defendants filed Waivers of Service of Summons, making Defendants' Original Answer, or other responsive pleading, due on April 16, 2012.

3. On April 5, 2012, Plaintiff filed his First Amended Complaint, making Defendants' Answer, or other responsive pleading, to Plaintiff's First Amended Complaint due on April 19, 2012.

3. Defendants request an extension until May 3, 2012, to file their Answer to Plaintiff's First Amended Complaint or otherwise responsively plead.

4. Counsel for Plaintiff does not oppose this extension.

Respectfully submitted,

/s Sean M. Becker
SEAN M. BECKER
Federal Bar No. 602796
VINSON & ELKINS, LLP
First City Tower, Suite 2500
1001 Fannin Street
Houston, Texas 77002
Telephone: (713) 758-2036
Facsimile:  (713) 615-5388
Email:  sbecker@velaw.com

Daryl Lapp
Joseph Rutkowski
EDWARDS WILDMAN PALMER, LLP
111 Huntington Avenue
Boston, MA 02199-7613
Tel: 617.239.0174
Fax: 866.955.8813

*Attorneys for Defendants St. Matthew's University School of Medicine, John P. Docherty, W. Christopher Croley, and Barry J. Cooper*

## **CERTIFICATE OF CONFERENCE**

I certify that Counsel for Plaintiff does not oppose this Motion.

/s Sean M. Becker
Attorney for Defendants

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on April 16, 2012, the foregoing document was filed electronically, and this document was automatically served on all registered attorneys of record via the Electronic Case Filing System of the United States District Court for the Southern District of Texas, Houston Division, as shown below, and via facsimile as follows:

Mark A. Weitz
Weitz Morgan PLLC
100 Congress Avenue, Suite 2000
Austin, TX 78701
Fax: 512.852.4446

/s Sean M. Becker
Attorney for Defendants

US 1360290v.1