UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Maraj Kidwai, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | |
| | § | Civil Action H-12-455 |
| St. Matthew's University | § | |
| School of Medicine, et al., | § | |
| | § | |
| Defendants. | § | |

## Order Extending Deadline

The defendants must respond to Kidwai's complaint by May 3, 2012. (5)

Signed on April 17, 2012, at Houston, Texas.

                                              Lynn N. Hughes
                                     United States District Judge