UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

MARAJ KIDWAI,

                     Plaintiff,

v.

ST. MATTHEW'S UNIVERSITY SCHOOL
OF MEDICINE, JOHN P. DOCHERTY, W.
CHRISTOPHER CROLEY AND BARRY J.
COOPER,

                     Defendants.

Civil Action No. 4:12-CV-00455

Hon. Lynn N. Hughes

**ORDER**

The Court, having considered all papers before it and the arguments of counsel, hereby finds that the Court lacks personal jurisdiction over the Defendants, St. Matthew's University School of Medicine, John P. Docherty, W. Christopher Croley, and Barry J. Cooper.

Accordingly, Defendants' Motion to Dismiss the Complaint for Lack of Personal Jurisdiction is hereby **GRANTED** and the Plaintiff's First Amended Compliant is **DISMISSED**.

SIGNED at Houston, Texas, this _____ day of _____ 2012.

_____
Hon. Lynn N. Hughes
United States District Judge

US 1384254v.1