UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MARAJ KIDWAI,<br><br>    Plaintiff,<br><br>v.<br><br>ST. MATTHEW'S UNIVERSITY SCHOOL OF MEDICINE, JOHN P. DOCHERTY, W. CHRISTOPHER CROLEY AND BARRY J. COOPER,<br><br>    Defendants. | Civil Action No. 4:12-CV-00455<br><br>Hon. Lynn N. Hughes |

## NOTICE OF ADDITIONAL APPEARANCE

Please take notice of the additional appearance of attorneys Daryl J. Lapp and Joseph D. Rutkowski as counsel for defendants St. Matthew's University School of Medicine, John P. Docherty, W. Christopher Croley and Barry J. Cooper.

                Respectfully submitted,

                /s Sean M. Becker
                Daryl J. Lapp
                (Not admitted in the Southern District of Texas, motion to appear pro hac vice pending)
                dlapp@edwardswildman.com
                EDWARDS WILDMAN PALMER LLP
                111 Huntington Avenue
                Boston, Massachusetts 02199
                Telephone: (617) 239-0100
                Facsimile: (617) 227-4420
                *Attorney-in-charge for Defendants*

                Joseph D. Rutkowski
                (Not admitted in the Southern District of Texas, motion to appear pro hac vice pending)
                jrutkowski@edwardswildman.com

        EDWARDS WILDMAN PALMER LLP
        111 Huntington Avenue
        Boston, Massachusetts 02199
        Telephone:    (617) 239-0100
        Facsimile:    (617) 227-4420

        Sean Becker
        State Bar No. 24049657
        S.D. Tex. I.D. No. 602796
        sbecker@velaw.com
        VINSON & ELKINS LLP
        First City Tower
        1001 Fannin Street, Suite 2500
        Houston, Texas 77002-6760
        Telephone:    (713) 758-2646
        Facsimile:    (713) 615-5129

*Attorneys for Defendants St. Matthew's University School of Medicine, John P. Docherty, W. Christopher Croley and Barry J. Cooper*

## **CERTIFICATE OF SERVICE**

    I hereby certify that I caused the foregoing document to be served upon counsel of record for each other party via the ECF filing on May 2, 2012.

Mark A. Weitz  
Weitz Morgan PLLC  
100 Congress Avenue, Suite 2000  
Austin, TX 78701  
Fax: 512.852.4446

        /s Sean M. Becker_____
        Attorney for Defendants

US 1384232v.1