UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MARAJ KIDWAI,<br><br>          Plaintiff,<br><br>v.<br><br>ST. MATTHEW'S UNIVERSITY SCHOOL OF MEDICINE, JOHN P. DOCHERTY, W. CHRISTOPHER CROLEY AND BARRY J. COOPER,<br><br>          Defendants. | Civil Action No. 4:12-CV-00455<br><br>Hon. Lynn N. Hughes |

**RULE 7.1 DISCLOSURE STATEMENT FOR
ST. MATTHEW'S UNIVERSITY SCHOOL OF MEDICINE**

The defendant St. Matthew's School of Medicine is a part of St. Matthew's University (Cayman) Ltd., the direct and indirect parent corporations of which are SMU Management (Cayman) Ltd.; St. Matthew's University International, Inc.; St. Matthew's University, Inc.; R3 Education Inc.; and Equinox EIC Partners LLC.

Respectfully submitted,

/s Sean M. Becker
　　Daryl J. Lapp
　　(Not admitted in the Southern District of
　　Texas, motion to appear pro hac vice
　　pending)
　　dlapp@edwardswildman.com
　　EDWARDS WILDMAN PALMER LLP
　　111 Huntington Avenue
　　Boston, Massachusetts 02199
　　Telephone:　　(617) 239-0100
　　Facsimile:　　(617) 227-4420
　　*Attorney-in-charge for Defendants*

Joseph D. Rutkowski
(Not admitted in the Southern District of
Texas, motion to appear pro hac vice
pending)
jrutkowski@edwardswildman.com
EDWARDS WILDMAN PALMER LLP
111 Huntington Avenue
Boston, Massachusetts 02199
Telephone:     (617) 239-0100
Facsimile:     (617) 227-4420

Sean Becker
State Bar No. 24049657
S.D. Tex. I.D. No. 602796
sbecker@velaw.com
VINSON & ELKINS LLP
First City Tower
1001 Fannin Street, Suite 2500
Houston, Texas 77002-6760
Telephone:     (713) 758-2646
Facsimile:     (713) 615-5129

***Attorneys for Defendants St. Matthew's
University School of Medicine, John P.
Docherty, W. Christopher Croley and Barry J.
Cooper***

## <u>CERTIFICATE OF SERVICE</u>

      I hereby certify that I caused the foregoing document to be served upon counsel of record for each other party via the ECF filing on May 2, 2012.

Mark A. Weitz
Weitz Morgan PLLC
100 Congress Avenue, Suite 2000
Austin, TX 78701
Fax: 512.852.4446

/s Sean M. Becker_____
Attorney for Defendants

US 1384235v.1