UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:12-cv-00455 |
|---|---|---|---|

Maraj Kidwai

*versus*

St. Matthew's University School of Medicine, John P. Docherty, W. Christopher Croley and Barry J. Cooper

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Daryl J. Lapp<br>Edwards Wildman Palmer LLP<br>111 Huntington Avenue<br>Boston, MA  02199<br>617-239-0100<br>Massachusetts BBO #681997<br>First Circuit No. 31763 |
|---|---|
| Seeks to appear for this party:<br>(as Attorney in Charge) | Defendants St. Matthew's University School of Medicine, John P. Docherty, W. Christopher Croley and Barry J. Cooper |
| Dated:  4/26/2012 | Signed: |

| The state bar reports that the applicant's status is: |
|---|
| Dated: | Clerk's signature: |

| Order |
|---|

This lawyer is admitted *pro hac vice*.

Dated: _____          _____
                                                     United States District Judge