| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:12-cv-00455 |
|---|---|---|---|
| Maraj Kidwai | | | |
| *versus* | | | |
| St. Matthew's University School of Medicine, John P. Docherty, W. Christopher Croley and Barry J. Cooper | | | |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Joseph D. Rutkowski<br>Edwards Wildman Palmer LLP<br>111 Huntington Avenue<br>Boston, MA 02199<br>617-239-0100<br>Massachusetts BBO #681997<br>U.S. Dist. Ct. for the Dist. of Mass., #n/a |
|---|---|
| Seeks to appear for this party: | Defendants St. Matthew's University School of Medicine, John P. Docherty, W. Christopher Croley and Barry J. Cooper |
| Dated: 4/26/2012 | Signed: *Joseph Rutkowski* |

| The state bar reports that the applicant's status is: | |
|---|---|
| Dated: | Clerk's signature: |

| Order |
|---|

This lawyer is admitted *pro hac vice*.

Dated: _____                    _____
                                                              United States District Judge