UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

Maraj Kidwai     §
                      §
versus                §    Civil Action 4: 12-455
                      §
St. Matthews University    §
School of Medicine        §

### Conference Memorandum

**Counsel:** Mark Weitz by telephone

Daryl Lapp

**Representing:** P. Kidwai

D. St. Matthews

**Date:** May 14, 2012      **Reporter:** Reed

**Started:** 11:03 a.m.      **Ended:** 11:35 a.m.

At the conference, these rulings were made:

☐ Order to be entered.
☐ A pretrial conference is set for: _____ on _____, 2012.
☐ A hearing is set for: _____ on _____, 2012.
☐ Trial preparation to be completed by: _____, 2012.
☐ A trial is set for: _____ on _____, 2012.
     ☐ Bench    ☐ Jury (Estimated time at 5.5 hours a day _____).
☐ Joint Pretrial Order due: _____, 2012.
☑ Internal review deadline    May 28, 2012.

Lynn N. Hughes
United States District Judge