UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARAJ KIDWAI | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | Civil Action No.: 4:12-cv-00455 |
| | § | |
| ST. MATTHEW'S UNIVERSITY | § | |
| SCHOOL OF MEDICINE, JOHN | § | |
| P. DOCHERTY, W. CHRISTOPHER | § | |
| CROLEY and BARRY J. COOPER | § | |
| Defendants. | § | |

## AFFIDAVIT OF EZZELDIN NASSER

1.  I am the former Dean of Basic Sciences at St. Matthews University School of Medicine (SMU) where I was employed from 2003 to April 2008. I have personal knowledge of the facts set forth in this affidavit.

2.  While in my official capacity at SMU, I was aware of the efforts by SMU and the other management team to change the policy concerning graduation requirements at SMU.

3.  Beginning in 2007 and continuing until at least my departure in April 2008, the management team proposed on several separate occasions, that the USMLE Step 2 state licensing exams (Step 2 CK and Step 2 CS) be made a condition for graduation.

4.  The USMLE Step 2 examinations were not a graduation requirement at any time during my tenure and not a graduation requirement at many of the other Caribbean based medical schools.

5.  During my tenure as Dean of Basic Sciences I was a member of the Committee at SMU that reviewed recommendations made by the Clinical Dean and other top management member. Myself and few other member of the Committee resisted efforts to change the graduation requirements.

6.  The proposed policy change was never a matter of public record and was never communicated to present or prospective students. Each year that I was employed at SMU, the student catalog made available to current and prospective students continued to set out the same graduation requirements that did not include passing the USMLE Step 2 Exams.

7.  Each year I was at SMU the majority of the Committee agreed with my view that changing the graduation requirements would hurt enrollment. SMU was completely dependent

on student tuition to sustain its financial existence and based upon the information in the SMU web-site, 85% of its students come from the United States.

8.   During my tenure at SMU there was never a discussion of making any change in graduation requirements that would become effective immediately or did not provide gradual implementation.

       I declare under penalty of perjury that the foregoing is true and correct. Executed on May 17, 2012.

_____
Ezzeldin Nasser, M.D.