

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

United States Courts
Southern District of Texas
FILED

MAY 29 2012

David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:12-cv-00455 |
|---|---|---|---|
| Maraj Kidwai | | | |

*versus*

St. Matthew's University School of Medicine, John P. Docherty, W. Christopher Croley and Barry J. Cooper

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Joseph D. Rutkowski<br>Edwards Wildman Palmer LLP<br>111 Huntington Avenue<br>Boston, MA 02199<br>617-239-0100<br>Massachusetts BBO #681997<br>U.S. Dist. Ct. for the Dist. of Mass., #n/a |
|---|---|
| Seeks to appear for this party: | Defendants St. Matthew's University School of Medicine, John P. Docherty, W. Christopher Croley and Barry J. Cooper |
| Dated: 4/26/2012 | Signed: *Joseph Rutkowski* |

The state bar reports that the applicant's status is: active

Dated: 5-14-12   Clerk's signature: [signature]

**Order**

This lawyer is admitted *pro hac vice*.

Dated: May 14, 2012

_____
United States District Judge