United States Courts
Southern District of Texas
FILED

MAY 29

David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CLERK
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

IA

Daryl Lapp
111 Huntington Ave.
Boston MA 02199

RIXIE
RETURN TO SENDER
UNABLE TO FORWARD

Hasler
US POSTAGE
$00.45

United States Courts
Southern District of Texas
FILED

MAY 29 2012

David J. Bradley, Clerk of Court

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:12-cv-00455 |
|---|---|---|---|

Maraj Kidwai

*versus*

St. Matthew's University School of Medicine, John P. Docherty, W. Christopher Croley and Barry J. Cooper

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Daryl J. Lapp<br>Edwards Wildman Palmer LLP<br>111 Huntington Avenue<br>Boston, MA  02199<br>617-239-0100<br>Massachusetts BBO #681997<br>First Circuit No. 31763 |
|---|---|
| Seeks to appear for this party:<br>(as Attorney in Charge) | Defendants St. Matthew's University School of Medicine, John P. Docherty, W. Christopher Croley and Barry J. Cooper |
| Dated: 4/26/2012 | Signed: |

| The state bar reports that the applicant's status is: active |
|---|
| Dated: 5-14-12   Clerk's signature: |

Order

This lawyer is admitted *pro hac vice*.

Dated: May 14, 2012

United States District Judge