| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

| | | |
|---|---|---|
| Maraj Kidwai, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | Civil Action H-12-455 |
| | § | |
| St. Matthew's University | § | |
| School of Medicine, *et al.* | § | |
| | § | |
| Defendants. | § | |

## Final Judgment

I.   This case is dismissed for lack of jurisdiction.

Signed on June 22, 2012, at Houston, Texas.

Lynn N. Hughes
United States District Judge